IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Everett Shelton | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Direct Energy, LP, et al. | : | No.: 2:20-cv-3966 |

ORDER

AND NOW, this         day of                              20 20 , it is hereby

ORDERED that the application of __Jonathan P. Misny_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐      GRANTED.[1]

☐      DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-3966

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, Jonathan P. Misny the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Ohio | 11/04/2013 | 0090673 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| S.D. Ohio | 04/19/2016 | none issued |
| N.D. Ohio | 04/10/2014 | none issued |
| N.D. Illinois | 05/01/2019 | none issued |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Plaintiff James Everett Shelton

Jonathan P. Misny
*Digitally signed by Jonathan P. Misny*
*DN: cn=Jonathan P. Misny, o=Murray Murphy Moul + Basil, ou, email=misny@mmmb.com, c=US*
*Date: 2020.10.29 15:02:40 -04'00'*
(Applicant's Signature)

10/29/2020
(Date)

Name of Applicant's Firm: Murray Murphy Moul + Basil LLP
Address: 1114 Dublin Road, Columbus, OH 43215
Telephone Number: 614.488.0400
Email Address: misny@mmmb.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/29/2020
(Date)

Jonathan P. Misny
*Digitally signed by Jonathan P. Misny*
*DN: cn=Jonathan P. Misny, o=Murray Murphy Moul + Basil, ou, email=misny@mmmb.com, c=US*
*Date: 2020.10.29 15:03:37 -04'00'*
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jonathan P. Misny to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Joseph F. Murray | Joseph F. Murray<br>Digitally signed by Joseph F. Murray<br>DN: cn=Joseph F. Murray, o=Murray Murphy Moul + Basil, ou, email=murray@mmmb.com, c=US<br>Date: 2020.10.29 15:07:20 -04'00' | 06/12/2019 | 327025 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Murray Murphy Moul + Basil LLP

1114 Dublin Road, Columbus, OH 43215

614.488.0400

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 29, 2020                    Joseph F. Murray
                (Date)                                                (Sponsor's Signature)

Digitally signed by Joseph F. Murray
DN: cn=Joseph F. Murray, o=Murray Murphy Moul + Basil, ou, email=murray@mmmb.com, c=US
Date: 2020.10.29 15:07:50 -04'00'

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Everett Shelton                  :        Civil Action
                                       :
           v.                          :
                                       :
Direct Energy, LP, et al.              :        No.: 2:20-cv-3966
                                       :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Jonathan P. Misny__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

electronically via the Court's CM/ECF system to all counsel of record, and via regular U.S. Mail upon KAA Energy, Inc., c/o David Atiqi, Registered Agent, 3914 Trailstone Lane, Katy, TX 77494

Joseph F. Murray
_____
(Signature of Attorney)

Joseph F. Murray
_____
(Name of Attorney)

Plaintiff James Everett Shelton
_____
(Name of Moving Party)

10/29/2020
_____
(Date)