# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** <br> **Plaintiff,** <br> v. <br> **DIRECT ENERGY, LP,** *et al.* <br> **Defendants.** | **CIVIL ACTION NO. 20-3966** |

## ORDER

**AND NOW**, this 2nd day of November 2020, it is hereby **ORDERED** that the application of Jonathan P. Misny, Esquire [Doc. No. 5], to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.