# EXHIBIT 2

## AFFIDAVIT OF NON-SERVICE

| Case: 20-3966 | Court: United States District Court for the Eastern District of Pennsylvania | County: Philadelphia, PA | Job: 4794543 |
|---|---|---|---|
| Plaintiff / Petitioner: James Everett Shelton | | Defendant / Respondent: Direct Energy, LP and KAA Energy, Inc. | |
| Received by: All Texas Couriers & Process Service DBA, All Texas Process Servers | | For: Murray Murphy Moul + Basil LLP | |
| To be served upon: KAA Energy, Inc and through their Registered Agent David, Atiqi | | | |

I, Kyle Bowers, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: KAA Energy, Inc and through their Registered Agent David, Atiqi, 3914 Trailstone Ln, Katy, TX 77494-2474
Manner of Service: Unsuccessful Attempt
Documents: Summons in a Civil Action and Complaint (AO-440) (Received Aug 18, 2020 at 2:04pm CDT)

Additional Comments:
1) Unsuccessful Attempt: Aug 20, 2020, 5:32 pm CDT at 3914 Trailstone Ln, Katy, TX 77494-2474
Robert verified that his brother DAVID ATIQI does live there but he is not in. I left my contact information.

2) Unsuccessful Attempt: Aug 25, 2020, 10:11 am CDT at 3914 Trailstone Ln, Katy, TX 77494-2474
This is a residential address, upon arrival at this location, I knocked on the door several times and did not receive a response. I left my business card with a note explaining the reason for my visit and requested for the defendant to please call me.

Fees: $85.00

*I attest that every statement in this affidavit is true and correct and based on my personal knowledge.*

Kyle Bowers        11/18/2020
Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
November 18, 2020
Date        Commission Expires

JUANITA E. BOWERS
Notary Public, State of Texas
Comm. Expires 04-27-2023
Notary ID 128596795

All Texas Couriers & Process Service DBA, All Texas Process Servers
3308 Preston Rd Ste 350 PMB 116
Plano, TX 75093-7471