# EXHIBIT 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action  20-3966 |
| | ) | |
| DIRECT ENERGY, LP AND KAA ENERGY, INC. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KAA Energy, Inc.
c/o David Atiqi, Registered Agent
3914 Trailstone Ln.
Katy, TX 77494

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOSEPH FRANCIS MURRAY
1114 DUBLIN ROAD
COLUMBUS, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  8/14/2020                                         s/*Brian J. Weissman*
                                                         *Signature of Clerk or Deputy Clerk*

[Seal: Kate Barkman, Clerk of Court, U.S. District Court, Eastern District of PA]

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-3966

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>KAA ENERGY INC/C/O DAVID ATIQI REGISTERED AGENT</u> was received by me on *(date)* <u>Sep 8, 2020, 6:36 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>NO ANSWER...I LEFT A DOORTAG FOR A CALLBACK</u> ; or

☐ Other: <u>NO ANSWER...I LEFT A DOORTAG FOR A CALLBACK</u> ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 30 OCTOBER 2020

*Server's signature*

JACQUELINE M. WILLIAMS PSC#05175 / 31 July 2022

*Printed name and title*

10110 FORUM PARK DR #207, HOUSTON, TX 77036

*Server's address*

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Sep 12, 2020, 11:09 am CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I left a doortag for a callback

2) Unsuccessful Attempt: Sep 16, 2020, 5:51 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
I spoke to a man as he was backing out the driveway. HE SAID MR. ATIQI WAS NOT HOME. I LEFT A DDORTAG FOR A CALLBACK.

3) Unsuccessful Attempt: Sep 29, 2020, 7:51 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I LEFT A DOORTAG FOR A CALL BACK. I WILL CONTINUE Y EFFORTS

4) Unsuccessful Attempt: Oct 28, 2020, 7:18 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I LEFT A DOORTAG FOR A CALLBACK

# AFFIDAVIT OF NON-SERVICE

| Case: 20-3966 | Court: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRIST OF PENNSYLVANIA | County: Philadelphia, PA | Job: 4851402 (20-3966) |
|---|---|---|---|
| **Plaintiff / Petitioner:** JAMES EVERETT SHELTON | | **Defendant / Respondent:** DIRECT ENERGY LP AND KAA ENERGY INC | |
| **Received by:** HOUSTON CIVIL PROCESS | | **For:** Murray Murphy Moul + Basil LLP | |
| **To be served upon:** KAA ENERGY INC/C/O DAVID ATIQI REGISTERED AGENT | | | |

I, JACQUELINE M. WILLIAMS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** KAA ENERGY INC/C/O DAVID ATIQI REGISTERED AGENT, 3914 TRAILSTONE LN, KATY, TX 77494
**Manner of Service:** Unsuccessful Attempt
**Documents:** SUMMONS IN A CIVIL ACTION (Received Sep 8, 2020 at 6:36am CDT)

**Additional Comments:**
1) Unsuccessful Attempt: Sep 12, 2020, 11:09 am CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I left a doortag for a callback

2) Unsuccessful Attempt: Sep 16, 2020, 5:51 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
I spoke to a man as he was backing out the driveway. HE SAID MR. ATIQI WAS NOT HOME. I LEFT A DDORTAG FOR A CALLBACK.

3) Unsuccessful Attempt: Sep 29, 2020, 7:51 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I LEFT A DOORTAG FOR A CALL BACK. I WILL CONTINUE Y EFFORTS

4) Unsuccessful Attempt: Oct 28, 2020, 7:18 pm CDT at 3914 TRAILSTONE LN, KATY, TX 77494
NO ANSWER...I LEFT A DOORTAG FOR A CALLBACK

JACQUELINE M. WILLIAMS
PSC#05175 31 july 2022
Date 10-30-2020

HOUSTON CIVIL PROCESS
10110 FORUM PARK DR #207
HOUSTON, TX 77036
832-235-7779

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date 10-30-2020    Commission Expires Exp. October 13, 2021

GAIL BELL
Notary ID #131315833
My Commission Expires
October 13, 2021