IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, | Case No. 2:20-cv-03966-CMR |
| Plaintiff, | Judge Cynthia M. Rufe |
| v. | |
| DIRECT ENERGY, LP and KAA ENERGY, INC., | |
| Defendants. | |

**ORDER**

**AND NOW,** this ____ day of _____, 2020, upon consideration of Plaintiff's Motion for Alternative Service and for Extension of Time to Serve Summons and Complaint Upon Defendant KAA Energy, Inc. (the "Motion"), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. The summons and complaint shall be served upon Defendant KAA Energy, Inc. (a) by certified mail, return receipt requested, U.S. First Class Mail, and posting at 3914 Trailstone Lane, Katy, Texas 77494 and (b) by electronic mail at david@kaaenergy.com. The deadline for service is extended to 60 days from the date of this order. Service shall be complete and effective upon filing proof of service as directed.

It is so **ORDERED**.

_____
**JUDGE CYNTHIA M. RUFE**