IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, | Case No. 2:20-cv-03966-CMR |
| Plaintiff, | Judge Cynthia M. Rufe |
| v. | |
| DIRECT ENERGY, LP and KAA ENERGY, INC., | |
| Defendants. | |

## NOTICE OF SERVICE UPON DEFENDANT KAA ENERGY, INC.

Plaintiff James Everett Shelton hereby provides notice of service of the summons and complaint in this matter upon Defendant KAA Energy, Inc. ("KAA Energy).  Pursuant to the Court's order granting Plaintiff's Motion for Alternative Service entered December 22, 2020 (Doc. 16), Plaintiff served KAA Energy by posting the summons and complaint at the registered agent's address of record with the Texas Comptroller of Public Accounts on December 29, 2020. (*See* Affidavit of Service by Steven Amaya, attached hereto as Exhibit A).  On December 23, 2020, Plaintiff sent the summons and complaint to KAA Energy via U.S. First Class Mail with a postal Certificate of Mailing and via electronic mail at the e-mail address of record with the Public Utility Commission of Texas.  (*See* Affidavit of Tiffany C. Kiely Regarding Service, attached hereto as Exhibit B.)  Plaintiff also sent the summons and complaint to KAA Energy on December 23, 2020 via certified mail, return receipt requested, but the certified mail was unclaimed.  (*Id.*)

PLAINTIFF,
By his attorneys,

**/s/ Jonathan P. Misny**
Joseph F. Murray (327025)
Brian K. Murphy (*pro hac vice* to be filed)
Jonathan P. Misny (admitted *pro hac vice*)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murray@mmmb.com
        murphy@mmmb.com
        misny@mmmb.com

Anthony I. Paronich (*pro hac vice* to be filed)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Edward A. Broderick (*pro hac vice* to be filed)
Broderick Law P.C.
99 High Street, Suite 304
Boston, MA 02110
Telephone: 508.221.1510
Facsimile: 617.830.0327
E-mail: ted@broderick-law.com

Matthew P. McCue (*pro hac vice* to be filed)
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: 508.655.1415
Facsimile: 508.319.3077
Email: mmccue@massattorneys.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2021, the foregoing was electronically filed via the CM/ECF system, which will send notice of such filing to all counsel of record.

I hereby certify that on February 9, 2021, the foregoing was served via regular U.S. Mail, postage prepaid, upon the following:

KAA Energy, Inc.
c/o David Atiqi, Registered Agent
3914 Trailstone Lane
Katy, TX 77494

                                      **/s/ Jonathan P. Misny**
                                      Jonathan P. Misny (0090673)