# EXHIBIT A

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF PENNSYLVANIA

**JAMES EVERETT SHELTON**

Plaintiff/Petitioner

vs.

**KAA ENERGY INC.; ET AL.**

Defendant/Respondent

Case No.:       **2:20-CV-03966-CMR**

AFFIDAVIT OF SERVICE OF
**SUMMONS; CLASS ACTION COMPLAINT; COVER
SHEET; DESIGNATION FORM; CASE MANAGEMENT
TRACK DESIGNATION FORM**

Received by **Steven Amaya**, on the **27th day of December, 2020 at 8:52 PM** to be served upon **KAA ENERGY INC. c/o
DAVID ATIQI, REGISTERED AGENT** at **3914 TRAILSTONE LANE, KATY, Fort Bend County, TX 77494.**
On the **29th day of December, 2020 at 9:25 AM**, I, **Steven Amaya**, **SERVED KAA ENERGY INC. c/o DAVID ATIQI,
REGISTERED AGENT** at **3914 TRAILSTONE LANE, KATY, Fort Bend County, TX 77494** in the manner indicated
below:

[X]    **Posting**
By then and there personally affixing **1** true and correct copy(ies) of the above listed documents in a conspicuous
place on the property.
**Attempts:**

[ ]    **Mailing**
On the date of _____, declarant then deposited in the United States mail,
by _____, in the county where the property is situated, the above
listed documents with proper postage to:
**KAA ENERGY INC. c/o DAVID ATIQI, REGISTERED AGENT
3914 TRAILSTONE LANE
KATY, TX 77494**

Service Fee Total: **$75.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing
is true and correct.

NAME: _____          PSC-18849          17/31/20
Steven Amaya                                      Server ID #          Date