# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECT ENERGY, LP and<br>KAA ENERGY, INC.,<br><br>　　　　　Defendants. | Case No. 2:20-cv-03966-CMR<br><br>Judge Cynthia M. Rufe |

### AFFIDAVIT OF TIFFANY C. KIELY REGARDING SERVICE

STATE OF OHIO　　　　　)
COUNTY OF FRANKLIN　)

　　　　I, Tiffany C. Kiely ("Affiant"), do hereby declare and affirm that the following is true and accurate to the best of my knowledge and belief:

　　　　1.　　I am at least eighteen years of age and have personal knowledge of all facts set forth herein.

　　　　2.　　I am a paralegal employed by Murray Murphy Moul + Basil LLP, counsel of record for Plaintiff in the above-captioned matter.

　　　　3.　　On December 23, 2020, I sent the Summons and Complaint in this matter via U.S. First Class Mail to KAA Energy, Inc., c/o David Atiqi, 3914 Trailstone Lane, Katy, Texas 77494 and purchased a postal Certificate of Mailing evidencing the same. A true and accurate copy of the Certificate of Mailing is attached hereto as Exhibit 1.

　　　　4.　　On December 23, 2020, I sent the Summons and Complaint in this matter via electronic mail to David Atiqi at david@kaaenergy.com. A true and accurate copy of the email is attached hereto as Exhibit 2.

5.  On December 23, 2020, I sent the Summons and Complaint in this matter via certified mail, return receipt requested, to KAA Energy, Inc., c/o David Atiqi, 3914 Trailstone Lane, Katy, Texas 77494.

6.  On February 2, 2021, the United States Postal Service returned the certified mail envelope to our office with a notation indicating the certified mail was unclaimed. A true and accurate copy of the returned envelope indicating its unclaimed status is attached hereto as Exhibit 3.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tiffany C. Kiely

Subscribed to and sworn before me this 9th day of February, 2021.

_____
Notary Public

Stacey L Wayt
Notary Public
In and For the State of Ohio
My Commission Expires
19 June 2022

**UNITED STATES POSTAL SERVICE**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Murray Murphy Moul + Basil LLP
1114 Dublin Rd
Columbus OH 43215

To: KAA Energy, Inc.
c/o David Atioi, Registered Agent
3914 Trailstone Ln
Katy TX 77494-2474

Postmark Here [TRI-VILLAGE FINANCE, 43212-9998]

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Tiffany Kiely <tiffany@mmmb.com>



# Shelton v. Direct Energy, LP, et al., Case No. 2:20-cv-3966
1 message

**Tiffany Kiely** <tiffany@mmmb.com>                                       Wed, Dec 23, 2020 at 11:04 AM
To: david@kaaenergy.com
Cc: Brian Murphy <murphy@mmmb.com>, Jonathan Misny <misny@mmmb.com>, Anthony Paronich <anthony@paronichlaw.com>, Matthew McCue <mmccue@massattorneys.net>, "Edward A. Broderick" <ted@broderick-law.com>

Mr. Atiqui:

Pursuant to the attached Order entered on December 22, 2020, attached please find the Summons and Complaint being served upon Defendant KAA Energy, Inc. in the above-named matter.

Tiffany C. Kiely, Paralegal
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Direct: 614.610.9656
tiffany@mmmb.com

**2 attachments**

 **017. Order (Granting Motion for Alternative Service) 12.22.20.pdf**
49K

 **Summons and Complaint for Service KAA Energy.pdf**
2867K






USPS FIRST CLASS MAIL®

$8.00 US POSTAGE
4 OZ FIRST-CLASS MAIL FLATS RATE
ZONE 5
RETAIL

062S0010389461
12628643
FROM 43215

stamps
endicia
12/23/2020

C008

Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus  OH 43215-1039

SHIP TO:
KAA ENERGY, INC.
C/O DAVID ATIQI, REGISTERED AGENT
3914 TRAILSTONE LN
KATY TX 77494-2474

USPS CERTIFIED MAIL™

9414 7118 9956 4012 1996 55

NIXIE          773     DE 1             0001/28/21
            RETURN TO SENDER
               UNCLAIMED
            UNABLE TO FORWARD

BC: 43215103914        Z091N028193-00094

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   KM ENERGY, INC.
   C/O DAVID ARIQI, REGISTERED AGENT
   3914 TRAILSTONE LN
   KATY TX 77494

   9590 9402 4500 8278 4345 66

2. Article Number (Transfer from service label)

   7018 1830 0000 2575 3156

PS Form 3811, July 2015 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt