# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>**Plaintiff,**<br>v.<br>DIRECT ENERGY, LP and KAA ENERGY, INC.<br>**Defendants.** | CIVIL ACTION NO. 20-3966 |

## ORDER

**AND NOW,** this 12th day of May 2021, upon consideration of the Notices of Voluntary Dismissal between Plaintiff and KAA Energy, Inc. [Doc. No. 19] and Plaintiff and Direct Energy, LP [Doc. No. 20], it is hereby **ORDERED** that:

1. This action is **DISMISSED with prejudice** as to the claims between Defendant Direct Energy, LP and the named Plaintiff, James Everett Shelton.

2. This action is **DISMISSED without prejudice** as to the claims between Defendant KAA Energy, Inc. and the named Plaintiff, James Everett Shelton.

3. No motion for class certification having been filed, and no class having been certified, the claims of any potential class members are **DISMISSED without prejudice** as to both Defendants.

4. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**